OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 13, 2006

TO:    Amir Fatir
        SBI #137010
        DCC
        1181 Paddock Road
        Smyrna, DE 19977

**RE: Return of Unclear Papers**

Dear Mr. Fatir:

    The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that Civ. No. 77-221 **has been closed.** It is unclear how you wish these papers to be treated. Please clarify your intentions for filing these papers in U.S. District Court and return for filing if necessary.

    If you are filing a new complaint, please file it in accordance with the Federal Rules of Civil Procedure. You may call the Clerk's office for additional filing information, or view our web page at: www.ded.uscourts.gov .

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                Sincerely,

/rpg                      PETER T. DALLEO
                          CLERK

cc:    The Honorable Sue L. Robinson
        Alpha File

enc: Above referenced items