OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

January 10, 2007

TO: Amir Fatir  
SBI# 137010  
DCC  
1181 Paddock Road  
Smyrna, DE 19977

**RE: *Return of Unclear Papers*; 77-221(SLR)**

Dear Mr. Fatir:

The Clerk's Office is in receipt of your papers regarding the above captioned case. As explained in the December 13, 2206 letter to you, the case is closed. The papers you have submitted will not be docketed in the closed case and are being returned to you herewith.

If you wish to have the papers docketed, a new complaint will need to be filed according to the Federal Rules of Civil Procedure. Enclosed please find the forms necessary and directions for filing a civil rights suit pursuant to 42 U.S.C. §1983. A Civil Cover Sheet is not required when filing this type of petition. An Application to Proceed In Forma Pauperis is also enclosed. The original of the petition and Application to Proceed In Forma Pauperis along with one copy of <u>each</u> for the Court and one copy of <u>each</u> for <u>each</u> defendant are required for the initial filing.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson  
Alpha File  
enc: Returned forms dated 1/3/07  
New Complaint forms