OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2007

TO:  Amir Fatir
     SBI# 137010
     DCC
     1181 Paddock Road
     Smyrna, DE 19977

*RE:  Return of Papers Received on 8/13/07; 77-221(SLR)*

Dear Mr. Fatir:

   The Clerk's Office is in receipt of your papers regarding the above captioned case. As explained in the December 13, 2006 and January 10, 2007 letters to you, the case is closed. The papers you have submitted will not be docketed in the closed case and are being returned to you herewith.

   If you wish to have the papers docketed, a new complaint will need to be filed according to the Federal Rules of Civil Procedure. Enclosed please find the forms necessary and directions for filing a civil rights suit pursuant to 42 U.S.C. 1983. A Civil Cover Sheet is not required when filing this type of petition. An Application to proceed In Forma Pauperis is also enclosed. The original of the petition and Application to Proceed In Forma Pauperis along with one copy of <u>each</u> for the Court and one copy of <u>each</u> for <u>each</u> defendant are required for the initial filing.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Sue L. Robinson
     Alpha File
enc: Returned forms dated 8/10/07
     New Complaint forms