IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASJID MUHAMMD -- D.C.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 77-221 |
| | ) |
| PAUL KEVE, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO ENFORCE THE JUDGEMENT**

COMES NOW Plaintiff Amir Fatir, pursuant to Rule 70, Fed. R. Civ. P., and the All Writs Act at 28 U.S.C. § 1651(a), and moves this honorable court to enforce the judgment entered in the above captioned case.

A court has inherent power to make additional orders when a judgment has been disobeyed or has failed to achieve its purpose. *United States v. United Shoe Machinery Corp.*, 391 U.S. 244, 248-49, 88 S.Ct. 1496 (1968); *System Federation v. Wright*, 364 U.S. 642, 647-48, 81 S.Ct. 368 (1966); *King-Seeley Thermos Co. v. Aladdin Industries, Inc.*, 418 F.2d 31, 35 (2d Cir. 1971).

Rule 70, Fed. R. Civ. P., provides that if a party fails to perform a specific act required by a judgment, the court "may direct the act to be done at the cost of the disobedient party by some other person appointed by the court." *Gilbert v. Johnson*, 490 F.2d 827, 829-30 (5th Cir. 1974).

Although this case is now closed, "A district court retains jurisdiction to enforce its judgments." *Hook v. State of Arizona Department of Corrections*, 972 F. 2d 1012 (9th

Cir. 1992). See also *City of Las Vegas, Nev. V. Clark County, Nev.*, 755 F.2d 697, 701 (9th Cir. 1985).

The order of this court stated:

> The individual plaintiffs are entitled to injunctive relief which will assure their access to the information regarding the pork content of food served at D.C.C. which is available to the kitchen staff. In addition, they have established their right to have mail addressed to them solely in their Muslim names delivered as any other mail and their right to be free of the imposition of punishment of any kind as a result of their failure to use or acknowledge their non-Muslim names. Finally, each of the individual plaintiffs is entitled to have a judgment against Superintendent Redman entered in his favor in the amount of One Dollar.

Plaintiff Fatir has been in the custody of the Delaware Department of Corrections without stint from the time of the court's order until the present. Plaintiff was transferred to Arizona pursuant to Interstate Corrections Compact as Amir Fatir and returned to Delaware on December 2, 2004 as Amir Fatir.

Defendants decided to try to pretend that plaintiff was a brand new commitment to the Delaware Department of Corrections and, instead of issuing him identification as

Amir Fatir, defendants forced him to wear identification in his slave name and to respond – under threat of punitive segregation – to that slave name.

Plaintiff has brought the problem to the attention of the Warden, the Commissioner, the Grievance Board and records officer Cindy Wright.

Defendants that refused to obey this court's order. The most recent refusal was a statement of Cindy Wright to the effect that she had no copy of the court's order even after Plaintiff copied and had sent to her this court's very order.

Plaintiff asks this court to order defendants to fully comply with its order, to cease to force plaintiff to respond to his slave name, or wear any identification in that name, or to post that name on any public postings as originally ordered by Judge Stapleton, and to provide mail to plaintiff in his Muslim name.

Plaintiff further asks this court to order defendants to obey the court's order to allow plaintiff to inspect the labels of food provided in the kitchen and commissary.

Plaintiff further asks this court to find defendants, including Ms. Wright, in contempt and to order payment of defendants and Ms. Wright of $500 to Plaintiff.

Although courts appear to be reluctant to hold officials in contempt, one court has properly held that a judgment of contempt is the *only proper way* to deal with noncompliance problems. *Newman v. State of Alabama*, 683 F.2d 1312, 1319-21 (11th Cir. 1982).

Respectfully submitted,

_____
Amir Fatir

3

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion to Enforce the Judgment upon the following parties/persons:

| | |
|---|---|
| To: Beau Biden, Esq.<br><br>Attorney General<br><br>Department of Justice<br><br>820 N. French St.<br>To: Wilmington, DE 19801 | To:<br><br><br><br>To: |
| To: | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 10th day of August, 2007

_____
Amir Fatir
SBI # 137010

IM Amir Fatir
SBI# 137010  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

WILMINGTON DE 197
23 AUG 2007 PM 1 L

Judge Gregory M. Sleet
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801