IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASJID MUHAMMD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civ. No. 77-221-SLR |
| | ) |
| PAUL KEVE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 24th day of September, 2007, having considered plaintiff Amir Fatir's motion to enforce judgment;

IT IS ORDERED that defendants' shall file a response to plaintiff's motion by **October 22, 2007** and plaintiff may file a reply by **November 22, 2007.**

_____
United States District Judge