IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MASJID MUHAMMAD, *et al.*, | ) | |
|     Plaintiffs, | ) | Civ. A. No. 77-221-SLR |
| v. | ) | |
| | ) | |
| PAUL KEVE, *et al.*, | ) | |
|     Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

TO:    Masjid Muhammad                      Wilbur Shabazz
Delaware Correctional Center       Delaware Correctional Center
1181 Paddock Road                    1181 Paddock Road
Smyrna, DE 19977                     Smyrna, DE 1977

Rauf Muhammad                       Amin Hassan
Delaware Correctional Center       Delaware Correctional Center
1181 Paddock Road                    1181 Paddock Road
Smyrna, DE 19977                     Smyrna, DE 1977

Amir Fatir                            Clerk of the Court
SBI 137010                           United States District Court, Delaware
Delaware Correctional Center       844 North King Street, Rom 4209
1181 Paddock Road                    Lock Box 4209
Smyrna, DE 1977                      Wilmington, DE 19801

      PLEASE TAKE NOTICE:    Joseph Scott Shannon, Esquire, hereby withdraws his appearance on behalf of all State Defendants; and Deputy Attorney General Ophelia Waters hereby enters her appearance on behalf of all State Defendants.

MARSHALL DENNEHEY WARNER           STATE OF DELAWARE
    COLEMAN & GOGGIN                          DEPARTMENT OF JUSTICE
 /s/Joseph Scott Shannon                          /s/ Ophelia M. Waters
Joseph Scott Shannon, Esquire (No. 3434)      Ophelia M. Waters (ID# 3879)
1220 North Market Street, 5th Floor            Carvel State Office Building
P.O. Box 8888                                    820 North French Street, 6th Floor
Wilmington, DE 19899 – 8888                  Wilmington, DE 19801
tel.: 302.552.4329                                 tel.: 302-577-8362
                                                        ophelia.waters@state.de.us
                                                        *Counsel for State Defendants*

Dated: 9/25/07

## **CERTIFICATE OF SERVICE**

Jos. Scott Shannon, Esquire, hereby certifies that on September 25, 2007, he caused true and correct copies of the attached *Substitution of Counsel* to be served upon the following persons by electronic and first class mail:

Masjid Muhammad
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
*Via first class mail*

Wilbur Shabazz
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
*Via first class mail*

Rauf Muhammad
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
*Via first class mail*

Amin Hassan
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
*Via first class mail*

Amir Fatir
SBI# 137010
1181 Paddock Road
Smyrna, DE  19977
*Via First Class Mail*

Ophelia M. Waters, Esquire
State of Delaware Dept. of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
*Via electronic and first class mail*

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

  /s/ J. Scott Shannon
Jos. Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

15/535758.v1