IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASJID MUHAMMAD-DCC, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 77-221-SLR |
| ) | |
| PAUL KEVE, et al, ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of defendant Delaware Department of Correction.

                                          **STATE OF DELAWARE**

                                          **DEPARTMENT OF JUSTICE**

                                          /s/ Ophelia M. Waters
                                          Ophelia M. Waters, Bar. I.D. 3879
                                          Deputy Attorney General
                                          820 North French Street, 6th Floor
                                          Wilmington, Delaware 19801
                                          (302)577-8400
Dated: October 22, 2007                 Counsel for State Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing. I hereby certify that on October 22, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant(s):

Sterling Hobbs a/k/a Amir Fatir, Inmate
SBI No.: 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, Bar. I.D. 3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400