# EXHIBIT B

Case 1:77-cv-00221-SLR  Document 101-3  Filed 10/22/2007  Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| MASJID MUHAMMED- DCC, et al., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 77-221 |
| ) | |
| PAUL KEVE et al., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF CHRISTOPHER KLEIN**

I, Christopher Klein, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by the State of Delaware Department of Correction ("DOC") as a Food Service Director II since May, 2004. I have been employed by the DOC since April 1997.

2. I make this affidavit based upon my personal knowledge, specialized training and experience as a Department of Correction employee. I have read Amir Fatir's claims.

3. After the judgment in 1980, subject to this claim, the Department set up a procedure permitting a designated prisoner worker to work with the Central Supply Warehouse to check food products supplied to determine if they contained pork in view of the fact that the Department did provide pork products in its facilities. A few years later, the Department determined that it would no longer provide pork or pork by-products in any Department of Correction facility statewide.

4. Warden Snyder of the Delaware Correctional Center met with prisoner Iman Khalil Al-Rashid and the prisoner Muslim community to discuss this statewide change. None of the Muslim community expressed any concerns with the changes that had taken place.

5. Today, the Department's food services units continue to provide a pork free menu. The Department sends to vendors our bid specifications indicating that the Department will not accept any products that contain pork or any pork extracts. (See Attached Vendor Proposal Form – Note to Vendors at Attachment 3).

6. Over the last several years, the Food Service Unit has worked very closely with the Muslim community in dealing with various issues; more specifically the meal service during the month of Ramadan. (See Attached Food Services Memorandum at Attachment 3). (See Attached Memo dated August 15, 2007 at Attachment 4).

7. The current prisoner Iman at the DCC, Aaron Morris, in fact, was employed as a kitchen worker from August 2002 until February 2005. In addition, numerous Muslims are currently workers for the Food Services Unit.

8. To my knowledge there have been no inquiries directed at the DCC food service department concerning pork products being served.

_____  10/22/07
Christopher M. Klein

**SWORN TO AND SUBSCRIBED** before me this 22nd day of October, 2007.

_____
Notary