# ATTACHMENT #1

| OPERATIONAL PROCEDURES | Section: 'A' |
|---|---|
| | Number: 083    Page 1 of 4 |
| Department of Correction | OPR: Chaplain |
| Bureau of Adult Correction | |
| Delaware Correctional Center | |
| Smyrna, DE 19977 | Effective Date: July 15, 1986 |

TITLE: INMATE PREFERENCE OF FOOD FOR RELIGIOUS REASONS

I. **Purpose:** To establish procedures for recognition of food preference for various inmate religious faiths.

II. **Applicability:** To all employees that receive requests from any inmate incarcerated within the facility preferring food based upon religious faith.

III. **Policy:** The institution recognizes a need for religious food preference. This process shall be coordinated and supervised by the Staff Chaplain.

IV. **Procedures:** Any inmate who desires a food preference for religious reasons shall contact the Chaplain in writing.

   A. Written notification shall include name, housing assignment and religious faith. The kind of food that is not allowable shall be indicated in full detail(s). (Refer to Appendix 'A' for specimen of form).

   B. Upon receipt of written notification, the Chaplain shall verify that inmate's request meets a worldwide adherence for that religious faith (Refer to Operational Procedure A051, Inmate Religious Programs). If inmate's request meets those requirements, then the following actions shall be accomplished:

      1. Chaplain will notify Social Services Office personnel to issue a card indicating inmate name, building and participation in substitute diet.

      2. Inmate shall maintain card in his possession and produce said card for substitute diet to kitchen staff during meal times.

      3. Inmates names shall be maintained in a central file within Social Services. The kitchen staff shall check off inmate names upon receipt of substitute diet. The kitchen staff shall prepare a daily report and return to central file of Social Services who shall maintain an automated listing of daily participants verses authorized inmates.

July 18, 1986
Date

WALTER W. REDMAN, WARDEN

SPECIMEN

'APPENDIX A'

Name:_____

Housing Assignment:_____

Religious Faith:_____

Kind of food not allowed (Explain in detail):_____
_____
_____
_____
_____
_____
_____
_____
_____

Date Received:_____

Date Reviewed:_____

Date Approved/Disapproved:_____