# ATTACHMENT #2

**DELAWARE CORRECTIONAL CENTER**
**Office of Records Supervisor**

# Memo

TO:          Business Office – DCC          Receiving Room
             Transfer Officer                Treatment
             Shift Commander                 Classification
             Control                         Mailroom

FROM:        Cindy L. Wright, Correctional Records Supervisor

RE:          COURT ORDER NAME CHANGE

The name of Inmate _____ SBI: _____ has
changed according to a court order.

New name of inmate _____

Effective date of name change: _____

CLW
Xc:  Inmate file