# ATTACHMENT #3

DOC CONTRACT NO. 2975 MEAT/CHEESE/FISH/POULTRY-DUE 03/07/07 1:00 PM (For APRIL-MAY-JUNE, 2007 Deliveries)

II. VENDOR PROPOSAL FORM

| ITEM NO /ITEM NAME | DEPARTMENT OF CORRECTION REQUIREMENTS SPECIFICATIONS | CONTRACT QUANT / UNIT | VENDORS PROPOSAL | | |
|---|---|---|---|---|---|
| | | | CASE/ PACK SIZE | BRAND/ PACKER NAME | PROD. CODE | UNIT PRICE |
| 1. Beef, Cubes, For Stewing | USDA inspected select or better; 1"- 1 ¼" cubes, fairly uniform in size and shape; fat trimmed, fat not to exceed ¼" all gristle and connective tissue removed. Pack: 5/10 lb., 10 lb, or 4/5 lb. poly packages, inside NSF approved boxes. Exterior labeling: in accordance with Special Provisions Section 8. | 5,700/lb. | | | | |
| 2. Beef, Ground, 80/20 | Shall consist of chopped fresh and/or frozen beef; must not contain added water, fat, binders, extenders, meat from head, tongue, heart, esophagus or straight. Must be free of bones, cartilages, preformal, popliteal and prescapular and other exposed lymph glands, heavy connective tissue and the tendinous ends of shanks, shoulder clods and knuckles to a point which exposes at least 75% lean on a cross-sectional cut. Fat not to exceed 20%. Product must be ground a minimum of twice, final grind shall be through a plate having holes 1/8" in diameter. Pack: frozen 6/10 lb. inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 10,000/lb. | | | | |
| 3. Beef, Patties, Ground, 80/20 | This item shall be prepared in accordance with item No. 2, 80/20 ground beef; no perforations, round, 4 oz. portions. Pack: frozen; 10 lb boxes; 40 portions to a box; each layer separated by paper, lined with 3 mil. polyethylene, a length that can be readily and easily secured. Exterior labeling: in accordance with Special Provisions Section 8. | 15,500/lb. | | | | |
| 4. Beef, Rib | All beef, St. Louie Style, boneless, stamped in rib shape. | 5,000/ lb. | | | | |
| 5. Sausage, Chicken Reduced Sodium | Shall contain: USDA inspected beef; processed in accordance with item no. 2; blended and spiced under federal regulations. Pack: frozen; 10 lb boxes; 40 portions to a box, lined with 3 mil. Polyethylene, a length that can be readily and easily secured. Exterior labeling: in accordance with Special Provisions Section 8. USDA inspected chicken; Reduced Sodium chicken Link; Processed; blended and spiced under federal regulations; 22% maximum fat content; Contains no pork or pork by products; Pack: IQF frozen, 30 lb boxes, polyethylene packages, inside NSF approved cartons. Exterior and interior Labeling: in accordance with Special Provisions Section 8. | 5,000/lb. | | | | |
| 6. Beef, Scrapple | May contain; beef stock, beef liver, beef hearts, white cornmeal, wheat flour, cereal, salt, sugar, and spices. Pack: frozen, 3/5 or 2/10 lb. units, polyethylene packages, inside NSF approved cartons. Exterior and interior labeling: in accordance with Special Provisions Section 8. | 13,500/lb. | | | | |

*Note to Vendors- No product may contain pork or any pork extract

# DOC MEAT, CHEESE, FISH AND POULTRY

| | DEPARTMENT OF CORRECTION REQUIREMENTS | | | VENDORS PROPOSAL | |
|---|---|---|---|---|---|
| ITEM NO /ITEM NAME | SPECIFICATIONS | QUANT/ UNIT | CASE/ PACK SIZE | BRAND/ PACKER NAME | PROD. CODE | UNIT PRICE |
| 7. Beef, Steak, Sandwich | This item shall be prepared from boneless beef that complies with the material requirements of item No. 2, 80/20 ground beef. Flaked, chopped, formed and wafer sliced, frozen. Each steak shall consist of four thin slices weighing approximately 1 oz. each, for a 4 oz. steak. Slices shall be approximately 4.75" x 7.5".; The flaking, chopping, forming and slicing process shall be in compliance with FSIS Regulations and shall produce steaks, which are moderately fine textured. Product shall comply with fat content requirement of item no. 3. No more than a minor amount of green/brown/gray rings shall be present. Steaks shall be packaged with paper separators between each steak. Pack: frozen; 10 lb. boxes; 40 portions to a box; lined with 3 mil. Polyethylene, a length that can be readily and easily secured, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 6,500/lb. | | | | |
| 8. Beef, Steaks, Cubed | This item shall be prepared in accordance with item No. 2. 80/20 ground beef, oval shaped, Size: 4 oz., no fillers, TVP or salt added. Pack: frozen; 10 or 20 lb boxes; 4/4 oz. portions per pound; each layer separated by paper, boxes lined with 3 mil. polyethylene, a length that can be readily and easily secured, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 15,000/lb. | | | | |
| 9. Boneless Ground Chicken | USDA inspected 100% chicken; Dark Meat, course ground. 18% maximum fat content; 72% max moisture content; 12% minimum protein content; no, fillers, cereal, or extenders. Pack frozen; 10 Lb chubs or box wrapped in polyethylene packages, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 20,000/lb. | | | | |
| 10. Bologna, Chicken | USDA inspected chicken; Reduced Sodium Bologna, Sodium not to exceed 180 mg per 2oz portion, Spiced and blended in accordance with Federal regulations; 10% maximum fat content; no cereal, extenders, fillers or dry milk. Pack: frozen; 3/5, (5/6.75-7), 2/10 or 9 lb; polyethylene packages, inside NSF approved cartons. Exterior and interior labeling: in accordance with Special Provisions Section 8. | 18,000/lb. | | | | |
| 11. Cheese, American, Sliced | Pasteurized and processed, white or yellow; Pack: 160 staggered slices/5 lb loaf; Case 6/5lb or 4/5lb, wrapped in polyethylene, inside NSF approved cartons. Exterior and interior labeling: in accordance with Special Provisions Section 8. | 19,000/lb. | | | | |

*Note to Vendors- No product may contain pork or any pork extract.

# DOC MEAT, CHEESE, FISH AND POULTRY

## DEPARTMENT OF CORRECTION REQUIREMENTS / VENDORS PROPOSAL

| ITEM NO /ITEM NAME | SPECIFICATIONS | QUANT/ UNIT | CASE/ PACK SIZE | BRAND/ PACKER NAME | PROD. CODE | UNIT PRICE |
|---|---|---|---|---|---|---|
| 12. Chicken, Patty, Breaded | Reduced Sodium Chicken Patties: Oven ready, Fully cooked and breaded, **4-ounce** round patty/portion. Chicken breast meat seasoned with zesty poultry seasonings including buttermilk, garlic and onion. Sodium not to exceed 271 mg per portion. Breading not to exceed 30%. Less than 13% VPP. Must be trans fat free. Plate coverage to be at least 4" diameter. No TVP, MSG, HVP, poultry skin, organ meat or artificial flavors **and May not contain;** thigh, first, second and third wing portion, leg meat portions, neck meat, giblets and kidneys from cooked fowl carcasses cannot be used to prepare chicken patty.. **Pack:** 30 lb. IQF. Lined with 3 mil. polyethylene, a length that can be readily and easily secured, polyethylene packages, inside NSF approved cartons. Product must arrive frozen and palletized. Exterior labeling: in accordance with Special Provisions Section 8. | 19,500/lb. | | | | |
| 13. Chicken, Legs, Quartered | USDA inspected Chicken Leg Quarters. Pack: 4/10 lb. Fresh frozen, cleaned, 10.66 oz. target weight, white birds only, ready to cook, no necks or giblets, blade cut. Packed approximately 60 legs per case, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 26,000 lb. | | | | |
| 14. Chicken, Quartered | USDA Inspected Quartered Chickens. Pack: IQF, 60/8.75- 9 oz. portions (30 leg and 30 breast qtr's.). Ready to Cook, no necks or giblets, blade cut. Packed in 3 mil. Polyethylene bags, a length that can be readily and easily secured or polyethylene packages, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 5,500/lb. | | | | |
| 15. Fish, Breaded | Whole Pollock, minced not acceptable, 4 oz. breaded; rectangular shape, oven ready (pre-cooked) 2.5 oz fish: 1.5 oz breading. Pack: frozen, 10 lb. boxes, 40 portions to a box, lined with 3 mil. Polyethylene bags, a length that can be readily and easily secured, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 20,000/lb. | | | | |
| 16. Fish, Fillet | Pollock: 4 oz, raw, natural fillet/stamped, minced not acceptable. No salt/flavors/water added. Pack: IQF, or separated by paper, 10 lb. boxes, 40 portions to a box, lined with 3 mil. Polyethylene, a length that can be readily and easily secured, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 1,500/lb. | | | | |
| 17. Frankfurter, Chicken Low Sodium | USDA inspected chicken. Fully cooked low sodium chicken franks; no cereal, extenders, fillers. Sodium not to exceed 150 mg per serving. Size; 10:1 lb. Pack: frozen IQF, 4/6 lb or 6/5 lb, 30 Lb boxes polyethylene packages, inside NSF approved cartons. Exterior and interior labeling: in accordance with Special Provisions Section 8. | 15,000/lb. | | | | |

*Note to Vendors- No product may contain pork or any pork extract.

## DOC MEAT, CHEESE, FISH AND POULTRY

| ITEM NO /ITEM NAME | DEPARTMENT OF CORRECTION REQUIREMENTS | | VENDORS PROPOSAL | | |
|---|---|---|---|---|---|
| | SPECIFICATIONS | QUANT/ UNIT | CASE/ PACK SIZE | BRAND/ PACKER NAME | PROD. CODE / UNIT PRICE |
| 18. Margarine, Readies | 100% vegetable oil. Pack: fresh, 90:1 lb, inside NSF approved cartons. 12 lb. case only. Exterior labeling: in accordance with Special Provisions Section 8. | 17,100 lb/ 1425 Cs. | | | |
| 19. Margarine, Solids | 100 % vegetable oil. Pack: fresh, 30/1 lb to a case, individually wrapped, inside NSF approved cartons. Exterior and interior labeling: in accordance with Special Provisions Section 8. | 400 CASES | | | |
| 20. Turkey, Ground, *Coarse* | 85/15, Shall be from freshly slaughtered young turkey; may contain; skin, breast, thigh, first and second wing portions; must not contain added: water, fat, binders, and extenders. Fat not to exceed 15% or less. Product must be of a course grind, final grind shall be through a plate having holes not less than 1/4" in diameter. Pack: frozen, 2/10 lb. polyethylene packages, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 13,500/lb. | | | |
| 21. Turkey, Ham, Baked | Size reduced thigh meat; smoked in compliance with FSIS Regulations 9C.F.R.&381.171; formula in compliance with FSIS Regulations 9C.F.R.&381.171. Water added not to exceed 15%, and comply with FSIS requirements. No binders or extenders; fat content not to exceed 5%. Pack: frozen, 2/6-8 lb, polyethylene packages, inside NSF approved cartons.  Exterior and interior labeling: in accordance with Special Provisions Section 8. | 35,000/lb. | | | |
| 22. Turkey, Oven Roasted, Ends and pieces | Turkey Breast, contains; slices with some end and pieces; pack; USDA inspected plant, 18 to 20 lb. bulk, frozen; lined with 3 mil. polyethylene packages, a length that can be readily and easily secured, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. | 24,000/lb. | | | |
| 23. Turkey, Sausage Links | Size: 1 oz. Made from USDA inspected raw turkey, water, natural flavors, spices, and /preservatives. No pork, skin or organ meat and no mechanically separated turkey, MSG, HVP and TVP. Pack: Frozen, 10 pound tray pack or separated by paper, 3mil. Polyethylene liners, a length that can be easily secured, inside NSF approved cartons. Polyethylene bags. Exterior labeling: in accordance with Special Provisions section 8. | 8,700/ Lb. | | | |
| 24. Hash Brown Patty | Frozen, Par-fried, oven ready. Pack: 120/2.5 or 120/2.25 oz. ONLY per case, separated by paper, in 3mil. Polyethylene liners, a length that can be easily secured, inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. McCain, Oreilda or approved equal. | 2000/ CASES | | | |
| 25. | | | | | |

*Note to Vendors- No product may contain pork or any pork extract.

# DOC MEAT, CHEESE, FISH AND POULTRY

| | DEPARTMENT OF CORRECTION REQUIREMENTS | | VENDORS PROPOSAL | | |
|---|---|---|---|---|---|
| ITEM NO /ITEM NAME | SPECIFICATIONS | QUANT/ UNIT | CASE/ PACK SIZE | BRAND/ PACKER NAME | PROD. CODE | UNIT PRICE |
| 26. Potato Wedges | Frozen, oven ready, extended hold, 8 cut potato wedges. Pack: 6/5 lb per case, packed inside NSF approved cartons. Exterior labeling: in accordance with Special Provisions Section 8. McCain, Ore Ida or approved equal. | 450 case | | | |
| 27. Stuffed Sandwiches | Must be fully cooked and fully enclosed stuffed pocket sandwich. Stuffing may contain: Philly Steak and Cheese, Turkey Broccoli and Cheese, Chicken Cheddar & Broccoli, Meatball & Sauce, or Cheeseburger fillings, and must be 100% pork free.<br><br>Pack: Frozen, 48/4.5 oz. (average) per case ONLY, inside NSF approved cartons, lined by 3 mil. Polyethylene liners, a length that can be readily and easily secured. Exterior labeling: in accordance with Special Provisions Section 8.<br><br>Brand: Good Source (Chef America), Courageous Captain or approved equal.<br><br><u>List varieties and product codes!!</u> | 300 cases | | Flavor: Code:<br><br>Flavor: Code:<br><br>Flavor: Code:<br><br>Flavor: Code: | |
| 28. Soft Bread Hot Sub Sandwiches | Must be fully cooked and fully enclosed soft bread stuffed pocket sandwich. Stuffing may contain: Philly Steak and Cheese only<br><br>Pack: Frozen, 36/5.5 oz (average) per case ONLY, inside NSF approved cartons, lined by 3 mil. Polyethylene liners, a length that can be readily and easily secured. Exterior labeling: in accordance with Special Provisions Section 8. | 600 cases | | | |

*Note to Vendors- No product may contain pork or any pork extract.