# ATTACHMENT #4



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
FOOD SERVICES
Telephone: (302) 653-9261 Ext. 2380 / 2654
659-6622
Fax (302) 659-6624

<u>CHRISTOPHER M. KLEIN</u>
Correctional Food Service Director II
Central Region

# MEMORANDUM

To: All Food Service Staff

From: Christopher Klein, FS Director II

Date: August 15, 2007

Subj: Ramadan 2007 / Building #14

Be advised the Islamic Community will observe Ramadan beginning 12:00 am on **Wednesday September 12, 2007 thru Thursday October 11, 2007.**

## MEALS

Food Service will follow the Master Menu for Breakfast and Dinner. FS will **NOT** hold lunch, but rather provide enhancements to the Breakfast and Dinner meals as indicated.

**Breakfast additions, including the entire meal;**
- 4 pks Honey
- 8 oz Milk
- 4 oz Fruit or 1 pc Fresh Fruit

**Dinner additions, including the entire meal;**
- 4 oz Vegetable
- 2 packets of Peanut Butter

## SERVICE

FS will ensure **Breakfast** is ready at 4:00 am. Ramadan participants will report to early chow breakfast in A-chow hall (128) & B-chow hall if needed. Upon the completion of breakfast Ramadan participants will report to the designated area for scheduled events.

For the **Evening** meal Ramadan participants will report to the designated area with the early chow call. Upon the completion of the evening prayer (based on the provided schedule) Ramadan participants will report at 1917hr. to A-chow hall (128) & B-chow hall if needed for the evening meal.
All meals will be prepared and held in warmer boxes for immediate service upon arrival. Both A-chow hall & B-chow hall (if needed) will be equipped with trash cans, cleaning supplies, juice, water, cups, and paper towels.
Food Service staff will distribute the prepared meals utilizing the serving line windows. Upon completion of handing out the meals Food Service Staff will secure the kitchen and depart as regularly scheduled.
**Note: Security will be responsible to monitor the Ramadan participants in the chow halls.**

## INFIRMARY Ramadan participants
Regular meal service times for breakfast will be in compliance with Ramadan schedule for Infirmary Participants.
In the evening the meals will be prepared in the main kitchen along with all Ramadan meals. Upon completion of meals Security will be notified to transport to the units.

## B/PT-Ramadan participants
Regular meal service times for breakfast will be in compliance with Ramadan schedule for B/PT Participants.
In the evening the meals will be prepared in the main kitchen along with all Ramadan meals. When the B/PT carts are returned from the regular meal service Security will pick up the Ramadan meals to bring back to the unit.

**Note: Total number of Ramadan participants will be subtracted from the total count during the lunch meal.**

## PREPARATION

The only inmate workers authorized to assist with the preparation of Ramadan meals will be as follows:

Saleem Muwwakkil- Head coordinator
- Phelan Jackson
- James Owens- as needed
- Joshua Hackett
- Shawn Lloyd
- Timothy Walker
- Darius Broadnax
- Ronald Grayson

**PARTICIPANTS**
Inmates participating in Ramadan will be permitted to enter the kitchen with their Quran. Must be stored in the FS Specialist Office. During workers chow they will be permitted to read in the dinning hall.

Designated Ramadan participants will be posted in the Duty office and in the Kitchen. Only those inmates designated on the Ramadan Participants list will be provided Ramadan meals. Ron Hosterman, Treatment Administrator will be responsible for maintaining this list. Food Service is NOT AUTHORIZED to make any changes to this list.