# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MASJID MUHAMMAD – D.C.C., et al.,     )
    )
    Plaintiffs,     )
    )
    v.     )    C.A. No 77-221-SLR
    )
PAUL KEVE, et al.,     )
    )
    Defendants.     )

### REQUEST FOR ENTRY OF DEFAULT

TO:  Clerk of the Court for the District of Delaware

You will please enter the default of defendants Paul Keve, et al. for failure to plead or otherwise defend as provided by Rule 55 of the Federal rules of Civil Procedure, as appears from the attached affidavit of Amir Fatir.

Date:  10/24/07

Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE  19977



FILED

OCT 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Do scanned

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MASJID MUHAMMAD – D.C.C., et al.,      )
                                       )
      Plaintiffs,                      )
                                       )
    v.                                 )      C.A. No 77-221-SLR
                                       )
PAUL KEVE, et al.,                     )
                                       )
      Defendants.                      )

### AFFIDAVIT FOR ENTRY OF DEFAULT

State of Delaware)

                ss:

County of New Castle)

      Plaintiff Amir Fatir, being duly sworn, deposes and says:

1. I am a pro se plaintiff in the above entitled matter.

2. Defendants, Paul Keve, et al., were served a copy of plaintiff's Motion to Enforce the Judgment as appears from the proof of service on file.

3. Judge Sue L. Robinson ordered defendants to respond to plaintiff's motion by October 22, 2007.

4. Defendants have not filed or served a response or taken other action as may be permitted by law although more than 30 days have passed since the court's order.

Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE 19977

Sworn to before me this 24th day of October, 2007.

Timothy J. Mats
(Notary Public)

Commission expires: June 14, 2008

# **Certificate of Service**

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Request for Entry of Default upon the following parties/persons:

| | |
|---|---|
| To: Ophelia M. Waters, Esq. | To: |
| Department of Justice | |
| 820 N. French St. | |
| Wilmington, DE  19801 | |
| To: | To: |
| To: | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 24th day of Oct., 2007

Amir Fatir

SBI # 137010

I/M Amir Fatir

SBI# 137610 UNIT W

DELAWARE CORRECTIONAL CENTER

181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
25 OCT 2007 PM 3 L

USA First-Class

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801