# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

MASJID MUHAMMAD – D.C.C., )
Wilbur Shabazz, Muhammad Ali, Rauf )
Muhammad, Mumin Rahim, )
Amir Fatir, Shamsiddin Ali and )
Amin Hassan, )
        Plaintiffs, )
         )
v. ) C.A. No. 77-221
         )
Paul Keve, Raymond Anderson, James )
Vauhn, Walter Redman, George Pippin )
And Phyllis Patterson, )
        Defendants. )

**FILED NOV 16 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## AFFADAVIT OF PLAINTIFF AMIR FATIR

I, Amir Fatir, being duly sworn, depose and says:

1. That I am a plaintiff in the above captioned case.

2. I personally wrote the Muslim name amendment to the complaint and argued it before Judge Stapleton.

3. I have been incarcerated without interruption since 1975.

4. I was transferred to Arizona in 1996 under my proper Muslim name, Amir Fatir.

5. I returned to Delaware in December, 2004.

6. DCC insisted upon forcing me to acknowledge and use the non-Muslim name.

7. DCC has failed to deliver mail to me addressed to Amir Fatir.

8. DCC has forced me to wear a name tag bearing the non-Muslim name.

9. DCC has forced me to request passes by the non-Muslim name and refused to issue passes because I refused to acknowledge the non-Muslim name.

10. On or about 10/31/06 Cpl. D. Barrett threatened and insulted me for telling him my name was Amir Fatir when he asked me my name.

11. I have written the Warden, Deputy Warden, Records Department about the problems with my now being forced to acknowledge the non-Muslim name.

12. I have filed a grievance about being forced to acknowledge the non-Muslim name. I informed the Board, in writing, of this court's order. The grievance was summarily dismissed without a hearing.

13. I notified DCC officials about the injunctive relief granted in this case.

14. I have lived, worked and married under my Muslim name for thirty years. My college credits, high school diploma, court actions, website, legal actions and prior classifications and parole/pardon appearances are in my Muslim name.

15. My wife's name is also Fatir. My grandson is named after me in my Muslim name.

16. I have published newspaper articles, magazine articles and books under my Muslim name.

17. I have suffered loss of mail due to DCC's refusal to abide by this court's order.

18. Several letters sent to me and addressed to me in my Muslim name were not delivered.

3

Subscribed and sworn before me this 30th day of November,
2006.

_____
Amir Fatir, Affiant

_____
Notary Public

My commission expires: _____

OSMAN SAMMANDER
Notary Public
State of Delaware
My Comm. Expires June 14 2008

## Certificate of Service

  I, Amir Fatir, hereby certify that I have served a true and correct copy of the attached Motion for Finding of Contempt and Affadavit upon the following person:

Carl Danberg, Esq.
Attorney General
Department of Justice
820 N. French St.
Wilmington, DE 19801

by placing in a sealed envelope and depositing same in the United States mail at the Delaware Correctional Center, Smyrna, DE 19977

on this 30th day of November, 2006.

Amir Fatir # 137010