IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MASJID MUHAMMAD-DCC, et al.,   )
                                )
            Plaintiffs,         )
                                )
     v.                         )   C.A. No. 77-221-SLR
                                )
PAUL KEVE, et al.,              )
                                )
            Defendants.         )

FILED

NOV 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

**Appendix to Plaintiffs' Reply Brief to Defendants'
Response to Motion to Enforce Judgment**

---

Plaintiff Fatir has lived for three decades under his Muslim name. He has lived as Amir Fatir much longer than he lived as Sterling Hobbs. As evidence of his change of name, a very partial list of Exhibits is herein attached. They include:

Exhibit 1: Department of Education's granting of GED to Amir Muhammad Fatir

Exhibit 2: Positive Solutions Group Certificate given to Amir Fatir

Exhibit 3: Marriage License Certificate granted to Amir Muhammad Fatir and Helen Mary Christine Labovitch on February 8, 2002.

Exhibit 4: Grievance filed by Amir Fatir (prison wrote Sterling Hobbs on it).

Exhibit 5: Memo from D.C.C. Treatment Administrator Donald R. Davis to Isthmus Editors Amir Fatir, Elwood Canty and James Terrell August 30, 1990.

Exhibit 6: Recognition of Duties memo to Amir Fatir from DOC Food Service Director Robert Wolfson 6/26/96.

Exhibit 7: Classification memo to Amir Fatir from the I.B.C.C. approving Plaintiff Fatir for continued outside work at Central Supply and Management of the prison Youth Community Program.

Exhibit 8: Central Arizona College award to Amir Fatir September 8, 2003.

Exhibit 9: Article published in Oracle 20/20 Magazine May 2006 written by Amir Fatir entitled "Extraterrestrial Aliens and Reptilian gods in the Quran."

Exhibit 10: Recognition of Excellence Award given to Amir Fatir June 2003 by Arizona State prison.

Exhibit 11: Op-ed page article written by Amir Fatir published in State News May 9, 1995.

Exhibit 12: Cover of The Egyptian Tree of Life by Amir Fatir

Exhibit 1



**Delaware Department of Education**

## DEPARTMENT OF EDUCATION
THE TOWNSEND BUILDING
P.O. BOX 1402
DOVER, DELAWARE 19903-1402
DOE WEBSITE: http://www.doe.state.de.us

Valerie A. Woodruff
Secretary of Education
Voice: (302) 739-4601
FAX: (302) 739-4654

To Whom It May Concern:

I certify that, according to official records of this office, the following person has successfully completed all Delaware requirements for the issuance of a State of Delaware Document of Secondary School Attainment:

| | |
|---|---|
| Social Security: | 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 |
| First Name: | Amir Muhammad |
| Last Name: | Fatir |
| Date of Birth: | 02/04/1953 |
| Address: | Division of Adult Corrections |
| | RD 1, Box 500 |
| City: | Smyrna |
| State: | DE    ZipCode: 19977 |
| Registry Number: | 4981 |
| Test Center: | Wilmington HS |

Original copies of the State Document have been issued to the applicant. The applicant's scores are as follows:

Date: 04/14/1978     Forms: JJ     Scores:   63.0  Test 1
                                              66.0  Test 2
                                              58.0  Test 3
                                              60.0  Test 4
Sincerely,                                    51.0  Test 5
                                   Average:   59.6

*Fran Tracy-Mumford* /jh
Fran Tracy-Mumford, Ph.D., Director
Adult Education  3/22/04

---

EDUCATION INFO LINE:
(877) 838-3787

THE STATE OF DELAWARE IS AN EQUAL OPPORTUNITY EMPLOYER AND DOES NOT DISCRIMINATE OR DENY SERVICES ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, DISABILITY AND/OR AGE.

TEACHER CERTIFICATION INFO:
(888) 759-9133



Exhibit 2

Delaware Correctional Center
**POSITIVE SOLUTIONS GROUP**
This Hereby Certifies That
*Amir Fatir #137010*

Has satisfactorily completed the 12 week group Positive Solutions. Positive Solutions affords inmates the opportunity to increase ones' awareness of available options, and to learn about problem solving techniques when faced with challenging situations.

Awarded this 18th day of June 2007

Thompson
Counselor

_____
Treatment Administrator

J. Sørensen
Counselor Supervisor

Thomas L. Carroll
Warden

Exhibit 3

# Marriage License Certificate

Any licensed or ordained Minister of the Gospel, a judge of any court of record, City Magistrate, or any Justice of the Peace, may perform Rites of Matrimony between

AMIR MUHAMMAD FATIR _____ age (49), of FLORENCE, ARIZONA, USA _____ and
HELEN MARY CHRISTINE LABOVITCH _____ age (54), of WORCHESTER, ENGLAND _____ endorse and return this license to this office pursuant to section 25-123 and section 25-128, Arizona Revised Statutes.
This license will expire twelve months from date of issuance; pursuant to A.R.S. §25.121 (B).

Witness my hand and seal this 8TH day of FEBRUARY, 2002.

_Christine Knight_
Clerk of the Superior Court, Pinal County, State of Arizona

by _Chris Brown_ _____, Deputy Clerk.

This Certifies that on this 8TH day of FEBRUARY, 2002,
AMIR MUHAMMAD FATIR _____ and HELEN MARY CHRISTINE LABOVITCH
were joined in marriage at FLORENCE _____, Arizona, PINAL _____ County.
Witnessed by
DENISE SOWERS _____ and ANTONETTE LEE
whom have attached their signatures to this certificate.

_Helen Christine Labovitch_            _Amir Muhammad Fatir_
Signature of contracting party (Bride)   Signature of contracting party (Groom)

_Chris Brown_                          _Antonette Lee_
Signature of Witness                    Signature of Witness

_Christine Knight_
Signature of (Minister) (Judge) (Magistrate) Justice of the Peace

By: _Christine Knight_
    Clerk of Superior Court, Pinal County
    _Chris Brown_

I hereby certify this instrument was recorded in Book 2002, page 00101, this date FEBRUARY 8, 2002, at 1:06 (a.m.) (p.m.)

_____, Deputy

Hobbs, Sterling                        Exhibit 4

FORM #584

GRIEVANCE FORM

FACILITY: DCC                          DATE: 9/23/05

GRIEVANT'S NAME: Amir Fatir AKA S. Hobbs    SBI#: 137610

CASE#: 18357                           TIME OF INCIDENT: _____

HOUSING UNIT: MHU-22 B-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

In 1979 I won the right to use my name, Amir Fatir, in the case Majid Muhammed - OCC v. Keve, et. al., 479 F. Supp. 1311. Suddenly, in Dec. 2004, DCC started to try to force my slave name, Sterling Hobbs, upon me in violation of the court order. The housing unit, banking, records and ID badge all say Sterling Hobbs. This amounts to religious and racial discrimination which violates the court ruling and my 1st Amendment rights. My previous grievances have never been heard.

ACTION REQUESTED BY GRIEVANT: I wish to have my name recognized as it has been from 1959 till this present attempt to humiliate my religion and deny my legal rights.

GRIEVANT'S SIGNATURE: [signature]     DATE: 9/23/05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
SEP 27 2005
Inmate Grievance Office

Exhibit 5

DELAWARE CORRECTIONAL CENTER

MEMO TO:    Editors :  Amir Fatir
                      Elwood Canty
                      James Terrell

FROM:       Donald R. Davis
            Treatment Administrator

SUBJECT:    The Isthmus

DATE:       August 30, 1990

    I have just finished reading the August edition of The Isthmus and I wanted to let you know that I found it to be an excellent effort.  The paper offered 16 pages of balance and maturity that, all things considered, approaches the miraculous.

    If one looks back only a year, I think that your progress can be better appreciated.  One year ago simple survival of the paper was in question.  Many people here were actively opposed to the paper.  Money problems hounded you.  Even getting around the prison to gather material for articles was difficult.  Now you present 16 pages of good stuff!

    Of greatest importance to me, however, is the fact that, excepting for some small bits of staff help on rare occasions, you really did it all yourselves!  In so doing, you have proven to the entire population that a group of prisoners who have a good idea and work with a sharp and intelligent focus to give that idea life can succeed.  By implication, an individual who follows the same course, can also succeed in his life.

    Again, I applaud you.  I applaud your staff of writers.

DRD:lh

cc:  File

P-002

Exhibit 6



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
FOOD SERVICE
P.O. DRAWER 369
SMYRNA, DELAWARE 19977        TELEPHONE: (302) 739-5601

TO:     Amir Fatir

FROM:   Robert Wolfson, C.F.P.
        Food Service Director

DATE:   June 26, 1995

RE:     Recognition of Duties

    I would like to take this opportunity to thank you for your cooperation on assuming extra duties during the filling of the vacant inmate position here in our office.

    Your willingness and cooperation to work with me and Linda are greatly appreciated. Your hard work and dedication has been very instrumental in making Food Service a successful operation.

    Again, thanks for all your help and hard work.

RW/ll

cc:  DCC Inmate Records
     file

Exhibit 7

DELAWARE CORRECTIONAL CENTER                    Milltown
                                                COUNSELOR

MEMO TO: Omir Fater              BLDG. W        Jun 8  1 22 PM '95
         S.B.I.                  132010

FROM:                   I.B.C.C.

                    CLASSIFICATION

Your M.D.T. has recommended you for the following:
_____

The I.B.C.C.'s decision is to:

     _X_ Approve          ___ Not Approve       ___ Defer
         Recommend                              ___ Not Recommend

BECAUSE:

___ Lack of Program Participation      ___ Time remaining on sentence
___ Pending adjustment boards          ___ Prior failure under supervision
___ Gradual phasing indicated          ___ Poor institutional adjustment
___ Open Charges                       ___ Serious natural of offense
___ Program does not meet your needs   ___ Prior criminal history
___ Lack of evidence you have addressed your problem in a serious manner
___ Failure to address treatment issues in relation to your offense
___ You present a current and continuous danger to the safety of staff,
    other inmates, or the good order of the institution.

OTHER  Rw 6/96

ADDITIONAL COMMENTS:

___ Develop treatment plan with counselor.

APPROVED                          RECOMMEND

___ N.A.                          ___ S.A.R.
___ A.A.                          ___ Highway Project
___ B.E.D.                        ___ Family Problems
___ P.R.C.                            (Write Mr. Mallitsch)
___ Laundry Outside/Ongrounds     ___ Greentree (See Counselor)
___ HS Education                  ___ Delaware Vets Cemetary
___ W Kitchen                     ___ Town of Smyrna
___ Evening Greentree             ___ MCI         ___ PTA
___ Central Supply                ___ SCI         ___ WR
___ Construction Project          ___ MPCJF       ___ C/C
___ Violent Offenders Program     ___ Medium      ___ Minimum

                                  D 5668

cc: Original to Inmate
    Institutional File
    Treatment File              FORM #: 456 (3-partNCR)    mar/ib.for/94

# Central Arizona College
## Above and Beyond Award



is hereby awarded to:

# Amir Fatir

For dedication as an Education Aide above and beyond the call of duty

*CAC Computer Applications Program*

*Awarded: September 8, 2003*

*By John W Crosby*

*Professor of Business Information Systems*

Exhibit 8

Exhibit 9

## FEATURES

# EXTRATERRESTRIAL ALIENS AND REPTILIAN GODS IN THE QURAN

### by Amir Fatir



*This is the first in a series that reports on the Quran's explanation of extraterrestrial gods' interaction with humans in the not too distant past.*

The ancient texts are filled with reports of strange gods, flying machines, weapons of mass destruction and biological experiments that could only amount to cloning and genetic manipulation. UFOlogists and scholars like Zechariah Sitchen, Erich von Daniken and R.A. Boulay have combed through the Mahabharata, Ramayana, the Bible, the Egyptian Book of the Dead, the Popol Vuh and ancient Sumerian tablets and revealed a wealth of information about extraterrestrial gods, their wars, their loves, their flying machines and their test tube baby, Adam.

Almost ignored in the quest to explore the ancient scriptures is the Quran. Since much of the Quran's material runs parallel to that of the Bible - yet discussed from an alternative perspective - one would think Western scholars would be at least as familiar with the Quran as they are of, say, the I Ching.

The poor quality of Quranic translators no doubt has contributed to scholars' aversion. Existing translations have masked and concealed both the deep mystical language of the book and its surprisingly advanced scientific and technical knowledge.

Were a scientist to read that the Quran says that Allah "sent down water from the sky" he would probably not be very impressed with such a "revelation." Anyone with eyes could look up and see rain falling from clouds in the sky. But if that same scientist read that the Quran stated several times 1500 years ago that Allah "sent down water from the asteroid belt," well, that might catch that scientist's attention.

The Arabic word Sama' is ordinarily translated "sky," "cloud" or "heaven." But Sama' came into Arabic from the Sumerians. To the Sumerians, Sama' meant, literally, "hammered out bracelet," and that is what they called the asteroid belt, which they believed to have been hammered out by a collision between a planet called Nibiru and a giant watery planet named Tiamet. The collision shattered half of Tiamet, making the "hammered out bracelet." The other half was knocked into a new orbit and became the watery planet Earth. So, rather than saying that water falls from clouds - something any five year old knows - the Quran maintains that water originates from outer space. Many serious scientists, 1500 years later, are hypothesizing the same.

## FEATURES

In The Hidden Messages in Water, Masaru Emoto writes "my investigation into the mysteries of water makes me think that water is something not of this earth."

Louis Frank of the University of Iowa proposes that water arrived on this planet in the form of lumps of ice from outer space. Professor Frank's theory is that ice balls bombarded the earth 40 billion years ago, created oceans, and the same thing continues today. The earth's gravity pulls ice comets into the atmosphere where they evaporate and become gas. Eventually, they fall to earth as rain or snow.

The asteroid belt is utterly filled with "icy debris" or ice-water mixed with rock. If one of the Quran's most basic verses could be so poorly translated and understood, how much more of the book's true knowledge is obscured beneath layers of dogma, medieval ignorance and misunderstanding of Arabic and the important loan-words that entered Arabic from Kamitic (ancient Egypt), Sumerian, Canaanite Syriac, Babylonian and even Sanskrit?

Establishment religion and establishment science have both failed to satisfy modern humanity's need to know and experience our origin and potential.

New theories of man's extraterrestrial origin have emerged over the past half-century. The most coherent such theory appears to be that espoused by Zechariah Sitchin in his Earth Chronicles series. Sitchin's theory is based upon his interpretation of Sumerian and Babylonia clay tablets which preserved such scriptures as The Epic of Gilgamesh, The Enuma Elish and The Tale of Adapa.

While most "mainstream" scholars would call the ancient writings "myths," Sitchen and others believe them to be actual, factual reports of what the ancient civilizations witnessed, experienced and learned from their makers, the "gods."

Since Sitchen appears to have developed the most prominent extraterrestrial genesis theory, a synopsis of his interpretation of the Sumerian texts is in order.

### THE WORLD ACCORDING TO ZECH

Billions of years ago the planet Nibiru and its Moons entered our solar system from deep space. It's Moons collided with the giant watery planet Tiamet and her Moon, Kingu. Tiamet was split in two, one half becoming the asteroid belt and the other becoming Earth. The Moon Kingu became earth's present Moon.

Nibiru's elliptical orbit brings it across our solar system every 3,600 years and when it passes, it's gravitational pull wreaks havoc on earth, causing floods and even the reverse of our magnetic poles.

Nibiru's atmosphere was deteriorating and huge quantities of gold was needed to sprinkle microscopic gold particles into the atmosphere to shield Nibiru from the Sun's deadly rays.

Advanced intelligence eventually evolved on Nibiru. Their King was Alalu who was overthrown by his cupbearer, Anu. Alalu escaped in a spaceship and settled on earth.

To be continued............

---

*Amir Fatir has studied the Quran since 1969. In 1976 he was surprised to find that many passages of the Quran corroborated the theories exposed by scholars who held that earth had once been colonized by ancient astronauts. He is a student of many ancient spiritual traditions including Egyptian, Sumerian, Yogic and Taoist systems. He is a novelist and social commentator. His web page address is www.amirfatir.tripod.com He can be reached at amirfatir@go.com*



# RECOGNITION OF EXCELLENCE

*For outstanding work ethic, cooperation with others, and the compassion and patience you used in teaching other inmates, this Recognition of Excellence is hereby awarded to:*

**AMIR FATIR**

On this 12 day of June, 2005.

_____
Mrs. T. Tedford
CEPT T. TEDFORD

EXHIBIT 10

Newspaper clipping, Tuesday, May 9, 1995

VIEWPOINTS 5

## Sound Off

Sound Off is a forum for readers who wish to express public issues but not give their names. The Delaware State News, call 678-8255 any time. Keep your message brief. No names are printed. Comments are selected for publication, accuracy, brevity and libel. Not all comments are printed due to their timeliness and relevance to local issues.

### The solution instead

Has our country gotten into such a bad shape the minute someone says there's a problem in the media or a politician speaks up it's a witch hunt. Well, Americans don't like it. But we want these problems cleaned up, we want answers to the problems, and we're sick of people making excuses to the Department of Correction. A habitual offender, they should not be in jail. These are the things we want cleaned up. These are the answers in the paper. Politicians and part of the problem. People are being hurt.

Dover

### County employees, too

For FYI, I think the taxpaying residents of the county are interested in knowing the salaries of employees. If the imposed tax increase appears to be making salaries for those employees. I doubt that they are overpaid and believe the raises are frivolous. This request has been made for this information, publishing our findings in an upcoming edition.

### Needy fathers

In a recent Sound Off where a mother was tired and Family Court. He was doing his favorite support. But maybe the situation in my case. He never acted it's the situation in my case. He never acted.

## Guest opinion

# Complaints of DCC bias fall on deaf ears

**By Amir Fatir**

Walk onto the Delaware Correction Center compound and you'll wade into a sea of black faces. Yet, to reach the main compound, you must first pass through the administration building, where not a single African-American or Hispanic can be found.

With the election of Mandela in South Africa, the Delaware Correctional Center holds the dubious distinction of being the last remaining bastion of pure apartheid.

Power in the prison lies with the warden, deputy warden, security chief, treatment administrator, counselor supervisor, internal affairs officer, watch commander, captains and education supervisor. It's remarkable that, five years away from the 21st century, the brass at the Smyrna prison continue to run a "whites only" men's club.

Complaints that the prison's segregated management is insensitive to the needs of its population are usually brushed aside as frivolous whining. Perhaps those complaints deserve a fairer hearing.

Many inmates feel that the prison's Eurocentric rehabilitation programs ignore the experiences which are real to their lives. They feel that the primary



> *Segregation at DCC may well carry the hidden cost of more crime in the community.*
>
> — Amir Fatir

treatment objective of the prison brass is to make them more docile, not to return them to the community cleansed of the urge to commit acts of crime.

Segregation at DCC may well carry the hidden cost of more crime in the community.

It is currently chic for non-segregationists to cop out to the lesser offense of "class discrimination" while swearing to high heaven that they would never countenance racial discrimination in any form.

Yet inmates are left to wonder why there is not, in the entire state, at least one man or woman of darker hue who is qualified to dispense mall or pass out sweets. For even such relatively low-level positions as mail room officer and commissary head are held by our fairer-skinned people.

Among the most sought-after jobs are those held by guards outside the prison fence. These are service-oriented jobs supervising inmate laundry, warehouse, construction and maintenance workers. Until recently, every one of these positions were held by a white male. In response to numerous complaints, prison management reluctantly, as signed a couple of back officers to these coveted positions. Female officers remain totally fenced out.

The infirmary, mental health unit, dental services, vo-tech training, motor pool, gymnasium, education, chaplaincy, laundry, maintenance, commissary, college program, treatment services, court and transportation, K-9 Unit, Internal Affairs, the Highway Work Project, mailroom and the Life Skills program are all headed by whites. Not a single prison component is directed to either a black or Hispanic.

Racial discrimination in state hiring and promotions is not only immoral, it's illegal. The crime of racial exclusion committed by the Smyrna prison brass is a worse hate crime than any ever committed by skinheads or neo-Nazis.

*EDITOR'S NOTE: Convicted murderer Amir Fatir is an inmate at Delaware Correctional Center in Smyrna.*

(Exhibit 12)

