IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASJID MUHAMMAD-DCC, et l., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 77-221-SLR |
| | ) |
| PAUL KEVE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 25th day of January, 2008;

Within **ten days** from the date of this order, defendants **shall file** a sur-reply to plaintiff's reply brief. Defendants shall particularly address the following issues: whether a state statute enacted after the fact whose purpose is to contravene a federal court order is unconstitutional; whether 10 Del. C. § 5901 applies retroactively; and whether the April 9, 1980 judgment (D.I. 75) is currently being enforced as to "II. With Respect to Plaintiffs' Name Claims."

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE