IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASJID MUHAMMAD-DCC, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 77-221-SLR |
| ) | |
| PAUL KEVE, et al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DELAWARE DEPARTMENT OF
CORRECTION'S MOTION FOR ENLARGEMENT OF TIME**

1. Amir Fatir ("Plaintiff") is a prisoner currently under the supervision of the Delaware Department of Correction ("DOC") and incarcerted at the Delaware Correctional Center ("DCC") Smyrna, Delaware.

2. On or about August 13, 2007, Plaintiff filed a *Motion to Enforce Judgment* in the herein case. (D.I. 96). On or about September 24, 2007, a Briefing Schedule was issued by the Court; Defendant's Answering Brief was due on or before October 22, 2007. (D.I. 97). Defendant filed an Answering Brief on October 22, 2007. (D.I. 101). On or about November 16, 2007, Plaintiff filed a Reply Brief. (D.I. 104). By order of the Court issued on January 25, 2007, Defendant is to file a sur-reply within ten (10) days of the Court's order. (D.I. 107).

3. Due to the press of other litigation counsel is not able to file a sur-reply within the time required. In order to properly respond to the Court's order, counsel for Defendant has requested additional information from Department of Correction personnel. For these reasons, counsel is unable to meet the ten (10) day deadline established in the Court's order for the filing of a sur-reply. Counsel requests an

enlargement of time of fourteen days (14) days from the February 4, 2008, date until on or before February 18, 2008, in which to file a sur-reply in this matter.

4. This is Defendant's first request for an extension of time.

5. There is no trial date scheduled in this case.

6. A form of order is attached to this motion that will grant the Defendant a fourteen (14) day extension from February 4, 2008, until on or before February 18, 2008, in which to file Defendant's sur-reply.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant its Motion and enter an Order, substantially in the form attached hereto, enlarging Defendant's time to file a sur-reply on or before February 18, 2008.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Ophelia M. Waters
        Ophelia M. Waters, ID#3879
        Deputy Attorney General
        Department of Justice
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400
        ophelia.waters@state.de.us

Dated: January 30, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASJID MUHAMMAD-DCC, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 77-221-SLR |
| ) | |
| PAUL KEVE, et al, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION OF COUNSEL

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that:

1. The Plaintiff is an inmate incarcerated at the Delaware Correctional Center, Smyrna, Delaware.

2. The Plaintiff is not able to be reached by telephone; therefore, counsel for the Defendant has spent no time in attempting to reach an agreement on the subject of the Motion for Enlargement of Time.

3. The undersigned counsel assumes that the Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for Defendant

Dated: January 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I electronically filed *Defendant's Motion for Enlargement of Time* with the Clerk of Court using CM/ECF. I hereby certify that on January 30, 2008, I have mailed by United States Postal Service, the document to the following non-registered participant:

Sterling Hobbs a/k/a Amir Fatir, Inmate
SBI No.: 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters,  ID#3879
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 North French Street,
Wilmington, Delaware 19801
(302)577-8400