# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASJID MUHAMMAD-DCC, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 77-221-SLR |
| | ) |
| PAUL KEVE, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon the Defendant's Motion For Enlargement Of Time and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Defendant has until on or before February 18, 2008, in which to file a sur-reply.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Sue L. Robinson
United States District Court Judge