### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELWARE

| | | |
|---|---|---|
| MASJID MUHAMMED- DCC, et al, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 77-221 |
| | ) | |
| PAUL KEVE et al, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF CATHY ESCHERICH

I, Cathy Escherich, having been duly sworn according to law do hereby state the following:

1.    I am employed with the Delaware Department of Correction ("DOC") as the Director of Offender Records. I have been employed by the DOC since March 22, 1978 and in my present position since 2006.

2.    I make the following statements based upon my personal knowledge, and specialized training and experience as a Department of Correction employee.

3.    Prior to Amir Fatir's  transfer to Arizona pursuant to the Interstate Compact Agreement in 1996, his identification name tag as well as his name on the mailing list was Amir Fatir.

4.    When Amir Fatir returned to the Delaware Correctional Center ("DCC") in December, 2004, the receiving officer entered him under his committed name, Sterling Hobbs using his SBI number as identification. Amir Fatir changed his name from his committed name of  Sterling Hobbs before the enactment of 10 *Del. C.* §5901. Since his name change occurred prior to the enactment of  §5901, the DOC will recognize the

D-1

name change. The DOC will continue to use Amir Fatir's committed name for administrative record keeping. To this end, Amir Fatir's Muslim name and non-Muslim name will be maintained in the following DCC locations for Bureau identification. (1) mail rooms; (2) inmate record keeping facilities; (3) visitation facilities and (4) Bureau medical facilities.

5.    As of today, February 11, 2008, Inmate Fatir has been issued a new i.d. reflecting his current name and SBI number as indicated in the DOC's Delaware Automated Correction System. ("DACS"). Information in DACS has been corrected to reflect Amir Fatir.


_Cathy L. Escherich_
Cathy Escherich

**SWORN TO AND SUBSCRIBED** before me this 11ᵗʰ day of February, 2008.

Notary

D-2