| Administrative Regulation<br>Department of Correction<br>State of Delaware | 1122-B | Page 1 of 2 |
|---|---|---|
| DEPARTMENT | Subject | ISLAM INMATES |
|  | Date | 6/19/80 |

Policy - To establish procedures for use of Muslim names by inmates, delivery of mail and food services to Islamic inmates in all Institutions that practice the Islam faith.

1. Effective immediately all previous Bureau or institutional directives, policies or procedures prohibiting inmates from using Muslim names, are revoked, and any such references to such directives, policies or procedures on bulletin boards, training manuals or similar documents, shall be removed.

2. Any mail addressed to inmates in their Muslim name shall be processed and delivered in the same manner as mail addressed to them in their committed name.

3. No Muslim inmate shall be:

    a. compelled to respond to any order, correspondence, directive or similar communication if issued to him using his non-Muslim name;

    b. required to acknowledge his non-Muslim name in order to secure access to authorized components of the institution or facilities or to obtain any other privilege or benefit to which otherwise entitled, such as passes and the like;

    c. punished as a result of his failure to use or acknowledge his non-Muslim name.

4. This policy does not prohibit or restrict the Bureau, its institutions and facilities from using the committed name of any Muslim inmate for administrative record keeping of those individuals committed to custody of the Bureau. To this end, both Muslim and non-Muslim name rosters shall be maintained at the following locations for Bureau identification:

    a. All mail rooms

    b. All inmate record keeping facilities

    c. All visitation facilities

    d. All Bureau medical facilities

8-31-83  Approved by Commissioner  John L. Sullivan

D-3

| Administrative Regulations Department of Correction State of Delaware | Section Number 1122-B | Page Page 2 of 2 |
|---|---|---|
| DEPARTMENT | Subject | ISLAM INMATES |
| | Date | 6/19/80 |

Case 1:07-cv-00221-SLR   Document 109-3   Filed 02/15/2008   Page 2 of 2

5. No Muslim inmate shall be required to identify himself by a religiously offensive name in order to obtain food, clothing or other significant privilege, absent a compelling Bureau or institutional interest, such interest stated in writing by the decision-making authority.

6. When pork or food products with pork contents are served, the following procedures apply:

   a. When pork is served, all menus must have the item underlined to identify the food for all concerned.

   b. Food with pork contents will be eliminated except for certain foods that have pork contents within acceptable limits.

   c. Meals with pork on the menu will be served at least once every six weeks, the only exception being breakfast when pork products may be served occasionally. When pork is served, a soup or vegetable will be substituted for those that do not eat pork.

   d. A Muslim inmate will be allowed in the kitchen to check procedures for serving pork and to check labels of food products, if desired.

7. This policy is to be posted in every housing unit, on every institution bulletin board, in every facility used for religious purposes, and a copy is to be delivered to every Shift Lieutenant, Staff Lieutenant, Captain, Security Superintendent and Warden, as well as each Counselor Supervisor and Treatment Superintendent.

OPR: BAC
Distribution: A,B,C,D,E   (Clark Kingery)

This Regulation supersedes Administrative Regulation #1122-B, dated 5/8/80.

D-4