IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| MASJID MUHAMMED- DCC, et al, | ) |
| Plaintiff | ) |
| v. | ) C.A. No. 77-221 |
| PAUL KEVE et al, | ) |
| Defendants. | ) |

## AFFIDAVIT OF DAVID HOOFNAGLE

I, David Hoofnagle, having been duly sworn according to law do hereby state the following:

1. I am employed by the State of Delaware Department of Correction (DOC) as correctional officer at the Delaware Correctional Center ("DCC") since May 1, 1982. Since 1989, I have been assigned to work in the institutional mail room. These responsibilities include supervision of the mailroom and staff to ensure the mail is handled properly and sorted in an efficient manner. My duties also include receiving all outgoing inmate mail from housing units and the inspection of mail and packages for postage and proper addresses. The mailroom also receives and distributes State mail which is delivered to the institution.

2. Mailroom personnel first identify inmate mail by the SBI number and then, by name. The name and the SBI number are checked to verify they correspond with the appropriate inmate. The mailroom is notified in writing by the prison Chaplain of inmates who have changed their name for religious and/or cultural purposes. The Conversion Name List sent to the mailroom consists of the inmate's changed name as

D-5

well as his committed name. The inmate's changed name will subsequently be entered into the Delaware Automated Correction System. ("DACS")

3. The SBI number is the most important factor in sorting and delivering mail for the main reason that some inmates not only share the same last name but occasionally have identical full names. No two inmates share an SBI number. Additionally, some of the changed names can be very similar. The correct SBI number on the envelope avoids any unnecessary problems including delays in delivering the inmates' mail. Lastly, the mailroom does not want to deliver mail to the wrong inmate.

4. To my knowledge, the mailroom has never refused to deliver mail to any inmate because he has changed his name, whether it be a Muslim name or any other name. Also, I cannot recall this particular inmate's mail being refused and returned because it was addressed in a Muslim name.

_____
David Hoofnagle

SWORN TO AND SUBSCRIBED before me this __7__ day of __February__ 2008.

_____
Notary

D-6