IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASJID MUHAMMAD-DCC, et l., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 77-221-SLR |
| | ) |
| PAUL KEVE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 5th day of March, 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that Amir Fatir's motion to enforce the judgment (D.I. 96) is **denied**.

_____
UNITED STATES DISTRICT JUDGE